**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MCGIP, LLC | ) | |
| | ) | CASE NO.:  1:11-cv-00935 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| DOE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
<u>NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2</u>**

  Plaintiff MCGIP, LLC does not have a parent corporation. Plaintiff's sole member is

Allan Mooney. No publicly held company owns 5% or more of Plaintiff's stock.

         Respectfully submitted,

         MCGIP, LLC

**DATED:** February 10, 2011

        By:  /s/ John Steele_____
           John Steele (Bar No. 6292158)
           Steele Hansmeier PLLC
           161 N. Clark St.
           Suite 4700
           Chicago, IL 60601
           312-880-9160;   Fax 312-893-5677
           jlsteele@wefightpiracy.com
           *Attorney for Plaintiff*